UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| ROBERT J. WOLFE, <br><br> Plaintiff, <br><br> v. <br><br> COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY, <br><br> Defendants. | Case No.   2:21-CV-1313 |

## MOTION FOR ADMISSION PRO HAC VICE OF MOHAMMED O. BADWAN

    Mohammed O. Badwan, undersigned counsel for Plaintiff, Robert J. Wolfe, hereby moves that Mohammed O. Badwan be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff, Robert J. Wolfe in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Mohammed O. Badwan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 30, 2021

                                                              Respectfully submitted,

                                                              */s/ Mohammed O. Badwan*
                                                              Mohammed O. Badwan, Esq.
                                                              (Bar ID No. 6299011) Illinois
                                                              Sulaiman Law Group, Ltd.
                                                              2500 S Highland Ave, Suite 200
                                                              Lombard, IL 60148
                                                              Phone: (630) 575-8180
                                                              Fax: (630) 575-8188
                                                              mbadwan@sulaimanlaw.com
                                                              *Counsel for Plaintiff*