UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| ROBERT J. WOLFE, <br><br> Plaintiff, <br><br> v. <br><br> COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY, <br><br> Defendant. | Case No. 2:21-cv-01313-PLD |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, ROBERT J. WOLFE and Defendant, COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: December 13, 2021

Respectfully submitted,

**ROBERT J. WOLFE**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

I, Mohammed O. Badwan, certify that on December 13, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Mohammed O. Badwan*