# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| ROBERT J. WOLFE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY,<br><br>    Defendant. | Case No. 2:21-cv-01313-PLD |

## **STIPULATION OF DISMISSAL**

Plaintiff, ROBERT J. WOLFE, and Defendant, COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY. The parties further stipulate to the dismissal of the class claims without prejudice. Each party to bear its own attorney's fees and costs.

Dated: January 25, 2022                                    Respectfully Submitted,

| ROBERT J. WOLFE | COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY |
|---|---|
| _/s/ Mohammed O. Badwan_<br>Mohammed O. Badwan, Esq.<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8180<br>mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | _/s/James McNally_<br>James McNally, Esquire<br>Cohen Seglias Pallas<br>Greenhall & Furman, P.C.<br>525 William Penn Place, Suite 3005<br>Pittsburgh, PA 15219<br>Office: 412-434-5530<br>Email: jmcnally@cohenseglias.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I, Mohammed O. Badwan, an attorney, certify that on January 25, 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Mohammed O. Badwan*