IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT J. WOLFE )
    Plaintiff(s) )
)
vs. )   Case No. 2:21-cv-01313-PLD
)
COLLECTION MANAGEMENT )
    Defendant(s)

PART 1: JOINT CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE
**(USE ONLY IF ALL PARTIES CONSENT)**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, we voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: 01/26/2022    /s/ Mohammed O. Badwan    Robert J. Wolfe
                            Counsel for Plaintiff(s)          Plaintiff(s)
                            Print Name: Mohammed Badwan

Date: 01/26/2022    James McNally    Collection Management
                            Counsel for Defendant(s)       Defendant(s)
                            Print Name: James McNally

Date: _____    _____    _____
                            Counsel for Defendant(s)       Defendant(s)
                            Print Name: _____

---

PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, we acknowledge the availability of a United States Magistrate Judge but we elect to have this case randomly assigned to a United States District Judge.

Date: _____    _____    _____
                            Counsel for Plaintiff(s)         Plaintiff(s)
                            Print Name: _____

Date: _____    _____    _____
                            Counsel for Defendant(s)       Defendant(s)
                            Print Name: _____

Date: _____    _____    _____
                            Counsel for Defendant(s)       Defendant(s)
                            Print Name: _____

Rev. 06/16